1  **Biegler Ortiz & Chan**
    Robert P. Biegler (CA Bar Assn. No. 88506)
2  1107 Ninth Street, Suite 1025
    Sacramento, CA 95814
3  Telephone: (916) 444-3971
    Facsimile: (916) 444-3975                                          **OK/HAV**
4
    Attorney for Plaintiff
5       Brenda Kay Prince

6

7                              UNITED STATES DISTRICT COURT

8                              EASTERN DISTRICT OF CALIFORNIA

9

10
    PRINCE,                                    )   Case No.  2:06-CV-01193-DFL-GGH
11                                             )
          Plaintiff,                           )
12                                             )   **STIPULATION TO CONTINUE**
                                               )   **HEARING FOR MOTION**
13  v.                                         )   **TO DISMISS AND ORDER**
                                               )   **THEREON**
14                                             )
    YUBA COMMUNITY COLLEGE                     )   Date:  09/13/06
15  DISTRICT, and DOES 1 THROUGH 100           )   Time:  10:00 am
                                               )   Dept:  7
16        Defendants.                          )
                                               )
17  _____)

18        Due to Robert P. Biegler's trip to South Dakota for a memorial service, the Motion to

    Dismiss on August 9, 2006 at 10:00 am, is continued to September 13, 2006 at 10:00 am.
19
          IT IS SO STIPULATED.
20

21  Dated: August 1, 2006                          By:___/s/_____
                                                           Robert P. Biegler
22                                                 Attorney for Plaintiff

23
                                                   By:__/s/_____
24                                                         Alesa Schachter
                                                   Attorney for Defendants
25

26

27

28

1
2
3
4  Good cause showing, it is so ordered.
5
6              /s/David F. Levi
               David F. Levi
7              United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28